United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN HANNON and BRANDIE HANNON,<br><br>        Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 14-CV-05381-LHK<br><br>**ORDER VACATING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is Defendant's motion to dismiss Plaintiffs' Second Amended Complaint. ECF No. 21. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing on this motion currently scheduled for August 13, 2015, at 1:30 p.m. The Court hereby CONTINUES the case management conference set for that date and time to September 9, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 12, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No. 14-CV-05381-LHK
ORDER VACATING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE